# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg
Licensed in
New York and California

40 Exchange Place, Suite 2010
New York, NY 10005
Phone: (212) 248-7906
Fax:    (212) 248-7908

February 2, 2010

<u>Via ECF & First Class Mail</u>
Honorable Steven M. Gold, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Jose Castillo Jr. v. Erica L. Brachfeld, A Professional Corporation*
      <u>EDNY, 09-cv-03516 (CBA)(SMG)</u>

Dear Judge Gold:

My office represents the plaintiff in the above-referenced class action brought under the Fair Debt Collection Practice Act, 15 U.S.C. § 1692, *et seq.*

I am writing to request that Your Honor "so order" the accompanying Confidentiality Order so that the parties may exchange the financial information necessary to attempt to settle this case on a class-wide basis.

Respectfully,

*/s/ Brian L. Bromberg*
Brian L. Bromberg

cc:   Brett Scher, Esq. (Via ECF)