**BROMBERG LAW OFFICE, P.C.**

Brian L. Bromberg (Admitted in NY & CA)
Peter T. Lane, Associate (Admitted in NY & MA)

40 Exchange Place, Suite 2010
New York, NY 10005
Phone: (212) 248-7906
Fax:   (212) 248-7908

May 9, 2010

<u>Via ECF & First Class Mail</u>
Honorable Steven M. Gold, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Jose Castillo Jr. v. Erica L. Brachfeld, A Professional Corporation*
      <u>EDNY, 09-cv-03516 (CBA)(SMG)</u>

Dear Judge Gold:

My office represents the plaintiff in the above-referenced class action brought under the Fair Debt Collection Practice Act, 15 U.S.C. § 1692, *et seq.*

I am writing to advise the Court that it appears unlikely the parties will settle that this juncture. Therefore, Plaintiff requests that the Court schedule an initial conference to set a discovery schedule.

Respectfully,

Brian L. Bromberg

cc:   Lauren Rocklin, Esq. (Via ECF)
      Joseph Mauro, Esq. (Via ECF)

## Certificate of Service

I, Brian Bromberg, an attorney, hereby certify that on May 9, 2010, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

Brian L. Bromberg brian@brianbromberg.com, peter@bromberglawoffice.com

Joseph Mauro JoeMauroesq@hotmail.com

Lauren Jill Rocklin lauren.rocklin@wilsonelser.com

Peter Thomas Lane p.t.lane@gmail.com


Dated: New York, New York
     May 9, 2010

                              /s/ Brian L. Bromberg
                              Brian L. Bromberg


Brian L. Bromberg
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, NY 10005