UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

..........................................................

JOSE CASTILLO, JR.,             <u>ORDER OF DISCONTINUANCE</u>

        Plaintiff(s),             CV-09-3516 (CBA)

-against-

THE BRACHFELD LAW GROUP,
et al.,

        Defendant(s)

..........................................................

AMON, J.

It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued without prejudice to the right to reopen the action in 45 days if the settlement is not consummated.

SO ORDERED.

Dated:      Brooklyn, New York
            July 6, 2011

                                                  s/CBA

                                        Carol Bagley Amon
                                        **Chief United States District Judge**